### Craft v. Adams.

(Decided February 10, 1925.)

Appeal from Letcher Circuit Court.

Venue—Circuit Court Held to have Jurisdiction of Action to Quiet Title on Land Lying Partly in Two Counties.—Circuit court had jurisdiction of an action to quiet title to and enjoin trespass on land lying partly in two counties, though defendant disclaimed title as to that portion of land lying in county where action was brought.

R. MONROE FIELDS and H. C. FAULKNER for appellant.

D. D. FIELDS & DAY and SMITH & COMBS for appellee.

OPINION OF THE COURT BY JUDGE CLAY—Reversing.

The only question for decision on this appeal is, whether the circuit court has jurisdiction of an action to quiet title to, and enjoin trespass on, land lying partly in two counties, where the defendant disclaims title to that portion of the land lying in the county where the action was brought.

The precise question was before the court in the recent case of Willard Collins v. Robert Adams, 207 Ky. 42, 268 S. W. 1069, and was answered in the affirmative. As the circuit court reached a different conclusion, it follows that its judgment was erroneous.

Judgment reversed and cause remanded for proceedings consistent with this opinion.